SLR:KAN:TYH
F#2005R02086

```
                                        FILED
                                  IN CLERK'S OFFICE
                              U.S. DISTRICT COURT E.D.N.Y

                                  ★ APR 24 2009 ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ANTHONY FRIDAY EHIS,

        Defendant.

- - - - - - - - - - - - - - - - X

Final ~~PRELIMINARY~~ ORDER
OF FORFEITURE

06-CR-0188(DLI)

      WHEREAS, on or about March 30, 2009, the defendant, ANTHONY FRIDAY EHIS, pleaded guilty before Judge Dora L. Irizarry to a violation of Counts One through Ten of the Indictment, charging one count of conspiracy to commit fraud and swindle in violation of 18 U.S.C. § 371; eight counts of wire fraud in violation of 18 U.S.C. § 1343; and one count of mail fraud in violation of 18 U.S.C. § 1341; and

      WHEREAS, pursuant to the Defendant's plea agreement, the Defendant has consented and agreed to forfeit all of his right, title and interest in a forfeiture money judgment in the amount of $500,000.00 in United States currency against him (the "Forfeiture Money Judgment").

      WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

      1.    Pursuant to 21 U.S.C. § 853, the Forfeiture Money Judgment is hereby entered against the Defendant in favor of the

2

United States.

2. The Defendant shall forfeit all of his right, title and interest in any and all payments made toward the Forfeiture Money Judgment as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of 18 U.S.C. §§ 371, 1341 and 1343, or as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

3. The Defendant shall make all payments to satisfy the Forfeiture Money Judgment by certified or bank check, payable to the "United States Department of Treasury," and shall cause said checks to be sent by overnight air express delivery to Assistant United States Attorney Tanya Y. Hill, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

5. Upon the entry of this Order, the United States Attorney General, or his designee, is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c).

3

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of the Court shall forward four (4) certified copies of this Order to Assistant U.S. Attorney Tanya Y. Hill, U.S. Attorney's Office, Eastern District of New York, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
April __/__, 2009

S/DLI

_____
HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE